**Order entered July 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00517-CV

### ROBERT B MCCOY JR. (SELF) AND SOLE MEMBER LLC OF MCCOY MOTORS, LLC, Appellants

**V.**

### STRATEGIC DEALER SERVICES, L.P., Appellee

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-10735**

## ORDER

This is a restricted appeal from a no-answer default judgment against McCoy Motors, LLC d/b/a Ride Fast and Robert B. McCoy Jr. Both McCoy Motors and McCoy, Jr. are non-residents for jurisdictional purposes.

By pro se motion filed July 24, 2019, appellants seek "to amend the complaint and for appellants to be heard as a special appearance." They note that the contract that is the basis of the underlying suit provides that venue for all state claims arising out of the contract shall lie in Dallas County. They assert, however, that appellee has filed over forty claims against them in South Carolina since May 10, 2019 and by doing that, has "invalidated" the venue provision.

Based on appellee's actions, appellants ask the Court to reverse the trial court's judgment and dismiss all litigation between the parties.

We **DENY** the motion.

We note that by letter dated May 10, 2019 we directed McCoy Motors to file, within thirty days, a notice of designation of counsel, noting that, in Texas, a corporation may appear and be represented in court only by a licensed attorney. *See Kunstoplast of Am. Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). We subsequently extended the deadline to July 9, 2019. Although we cautioned McCoy Motors that failure to comply would result in its dismissal from the appeal, McCoy Motors has yet to comply. Accordingly, we **DISMISS** McCoy Motors from the appeal. McCoy Jr.'s appeal remains unaffected.


/s/     KEN MOLBERG
        JUSTICE